IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DERRICK N. MONROE,

      Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D14-1679

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed May 7, 2015.

An appeal from the Circuit Court for Gadsden County.
Jonathan E. Sjostrom, Judge.

Michael Jerome Titus, Assistant Regional Conflict Counsel, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and David Campbell, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

In this appeal, the State concedes error in the calculation of restitution, which included an award for propane tanks that Appellant was not charged with stealing. We remand so that the trial court may modify the restitution order to

subtract any amounts related to these items. <u>See</u> <u>Malarkey v. State</u>, 975 So. 2d 538, 542 (Fla. 2d DCA 2008).

REVERSED and REMANDED.

BENTON, CLARK, and MAKAR, JJ., CONCUR.